UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOS KASIMIS,

                          Plaintiff,

       -against-

THE UNITED STATES OF AMERICA,

                         Defendant.
------------------------------------------------------------------X

25-CV-3654 (LJL)

**ORDER RESCHEDULING PRE-SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The pre-settlement conference call in this matter is hereby rescheduled for **Tuesday, September 30, 2025, at 10:00 a.m**. Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [866 430 099#].

      **SO ORDERED.**

DATED:    New York, New York
              August 12, 2025

                                                                VALERIE FIGUEREDO
                                                               United States Magistrate Judge