

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 2, 2026

**Via ECF**

 The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:**    *Christos Kasimis v. United States of America et al.*, 25 Civ. 3654 (LJL)

Dear Judge Figueredo:

     This Office represents the United States (the "Government") in connection with Plaintiff Christos Kasimis's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act.  I write respectfully to request an adjournment of the settlement conference scheduled for February 4, 2026 pursuant to the Court's September 30, 2025 Order.  ECF No. 18.

     In light of the stay of this matter during the lapse of appropriations from October 1, 2025 through November 12, 2025[1] and subsequent extensions of the parties' time to complete discovery, discovery is still ongoing.  The Government respectfully requests that the Court adjourn the settlement conference to a date after the after the parties exchange expert reports.  The Government believes the requested adjournment will further the interest of judicial economy and efficiency, as settlement discussions will likely be more productive after the parties have completed fact discovery and exchanged expert reports.  This is the Government's first request for an adjournment, and Plaintiff consents to this request.

     I thank the Court for its consideration of this request.

                    Respectfully,

                    JAY CLAYTON
                    United States Attorney

---

[1] In light of the lapse in appropriations, Chief Judge Swain issued a Standing Order staying all civil cases—with specified carveouts not applicable to this matter—in which this Office appeared as counsel until funding to the Department of Justice was restored, and tolling and extending all deadlines in those cases. *See In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, Case No. 25-mc-433 (LTS), Dkt. No. 2 (October 1 Standing Order); *see also id*. Dkt. No. 3 (October 2 Amended Standing Order). During the government shutdown, the undersigned counsel was furloughed and not exempted from the furlough to work on this case. Funding to the Department of Justice was restored on November 12, 2025. Accordingly, as a result of the October 1 Standing Order, the deadlines in the Case Management Plan and Scheduling Order entered in this case on July 17, 2025, ECF No. 13, were extended by 43 days.

By:        /s/ *Kamika S. Shaw*
           Kamika S. Shaw
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, New York 10007
           Tel.: (212) 637-2768
           Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

                    **Dated: February 3, 2026**

The parties' request for an adjournment of the
settlement conference is GRANTED. The Clerk
of Court is respectfully directed to terminate the
motion at ECF No. 26.