UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/9/2026___
```

------------------------------------------------------------------------ X

CHRISTOS KASIMIS,

                Plaintiff,         :         25-cv-3654 (LJL)

    -v-                     :         ORDER

UNITED STATES OF AMERICA,

                Defendant.

------------------------------------------------------------------------ X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, April 9, 2026.  As indicated at the conference:

By April 13, 2026, Plaintiff's counsel shall notify Defendant of the name of the treating physician for Plaintiff's prior right shoulder injury.  Plaintiff's counsel shall also provide Defendant with all medical records in his possession, custody, or control regarding that injury by April 17, 2026.  Additionally, by that same date, Plaintiff's counsel shall file and serve notice regarding Plaintiff's intent to offer expert discovery from the two physicians discussed during the conference or whether, instead, Plaintiff will offer such doctors as treating physicians (without the need to comply with the Federal Rules of Civil Procedure and Evidence with respect to expert witnesses).  If Plaintiff intends to offer expert testimony, Plaintiff shall serve on Defendant any expert reports by May 1, 2026.

By April 17, 2026, Defendant shall produce all video surveillance footage depicting the accident from the Postal Service building and the booth on the sidewalk or inform Plaintiff that, after a reasonably diligent search, no such footage exists.

The deadline for the completion of all discovery is May 29, 2026.  By June 8, 2026, the parties shall file any motions for summary judgment, the joint pretrial order, proposed voir dire, requests to charge, and motions in limine.  The deadline to file responses to those pretrial filings, including motions for summary judgment, is June 22, 2026.  Replies to motions for summary judgment are due June 29, 2026.

A final pretrial conference is scheduled for July 8, 2026, at 3:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.  Trial will begin July 13, 2026, at 9:30 AM in the same location and shall continue until completed.

SO ORDERED.

Dated: April 9, 2026
      New York, New York

                                          LEWIS J. LIMAN
                             United States District Judge