

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 21, 2026

**Via ECF**

 The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:**    *Christos Kasimis v. United States of America*, **25 Civ. 3654 (LJL)**

Dear Judge Figueredo:

This Office represents the United States (the "Government") in the above-referenced action brought by Plaintiff Christos Kasimis  ("Plaintiff") pursuant to the Federal Tort Claims Act.  I write respectfully to request an adjournment of the settlement conference, currently scheduled for May 28, 2026 at 10:00 a.m., to a date after June 19, 2026 that is convenient for the Court.  The Government requests this adjournment because the deadline to complete expert discovery in this case has been extended to June 19, 2026, *see* ECF No. 35, and the Government submits that the settlement conference would be significantly more productive if the parties were able to complete the outstanding expert discovery, including disclosure of expert reports and depositions.  This is the Government's second request to adjourn the settlement conference, and counsel for Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By:    ___/s/ *Kamika S. Shaw*_____
Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
Email: Kamika.Shaw@usdoj.gov

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: May 26, 2026**

The requested adjournment is GRANTED. A separate order rescheduling the conference will follow. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.

cc: Plaintiff's counsel (via ECF)