USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/27/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                       :

CHRISTOS KASIMIS,                   :

                  Plaintiff,           :               25-cv-3654 (LJL)

        -v-                    :                <u>ORDER</u>

UNITED STATES OF AMERICA,      :

                  Defendant.      :

-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, May 27, 2026.  As indicated on the record at the conference:

As previously ordered, the deadline to file motions for summary judgment is adjourned to June 29, 2026.  Oppositions and replies to any such motions shall be due in accordance with the Court's Individual Practices in Civil Cases.

By June 5, 2026, Plaintiff may file a letter motion seeking trial by jury.  To the extent that such right exists and has not otherwise been waived, it shall be deemed waived in the absence of a timely-filed letter motion in accordance with this Order.  By June 5, 2026, the parties shall also file a joint letter indicating whether they jointly agree for direct witness testimony at trial to be introduced by declaration.  The joint letter shall indicate no more than whether the parties jointly agree or whether they do not jointly agree.  If either party does not agree to that procedure, the Court will hear direct witness testimony at trial live rather than by declaration.

The parties shall submit the pretrial filings applicable to the type of trial that will occur in this case, either bench or jury, by June 29, 2026, in accordance with the Court's Individual

Practices in Civil Cases.

The final pretrial conference is adjourned to August 5, 2026, at 12:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.  Trial will begin August 17, 2026, at 9:30 AM in the same location.


SO ORDERED.

Dated: May 27, 2026
      New York, New York

_____
      LEWIS J. LIMAN
      United States District Judge