**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 27, 2026

**Via ECF**
The Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *Christos Kasimis v. United States of America*, 25 Civ. 3654 (LJL)**

Dear Judge Figueredo:

This Office represents the United States (the "Government") in connection with Plaintiff Christos Kasimis's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act. I write to respectfully request referral to a Magistrate Judge for purposes of settlement and a revised briefing schedule for the Government's contemplated motion for summary judgment.

On June 20, 2026, the parties consented to proceeding before a magistrate judge for all purposes. ECF No. 45. Judge Liman entered the party's proposed order on June 24, 2026, assigning this case to Your Honor for all purposes. ECF No. 47. A settlement conference was scheduled before the Court prior to the parties' consent to proceed before the magistrate. ECF No. 40. In light of the fact that the Court will serve as the finder of fact should the parties proceed to trial in this matter, the undersigned respectfully requests referral to another magistrate for settlement purposes.

Further, in the interest of efficiency and judicial economy, the undersigned respectfully requests that the Court enter a revised briefing schedule for the Government's contemplated motion for summary judgment to allow the Government to submit its motion one week after the settlement conference. The undersigned respectfully requests this revised schedule to see if settlement negotiations might obviate the need for motion practice. Plaintiff consents to these requests.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By: /s/ *Kamika S. Shaw*
Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007

Tel.: (212) 637-2768
Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: July 28, 2026**

The settlement conference scheduled for August 3, 2026 is hereby ADJOURNED. The parties are directed to contact the chambers of Judge Gary Stein to schedule a settlement conference. Any motions for summary judgment must be filed within **one week** after the settlement conference.